# MEMO ENDORSED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-10-2023
```

IN RE: STEVEN MARTINEZ
Reg. #45757-019

MOTION FOR IMMEDIATE RELEASE FOR FAILURE TO PROSECUTE

Comes Now Petitioner, Steven Martinez, pro-se and moves this Court to immediately release Petitioner for failure to prosecute. Petitioners disposition to Case No. S1:95CR-00284-003(LAK) has been dismissed since November 7, 1996, and has been in the custody of the Department of Justice & Bureau of Prisons pursuant to 18 U.S.C. § 4001 (a); without ever being charged or prosecuted depriving Petitioners libert interest within the Department of Justice & Bureau of Prisons.

Respectfully submitted,

*Steven Martinez*
Steven Martinez, pro-se
Reg. #45757-019
USP-McCreary
P.O. Box 3000
Pine Knot, KY 42635

Executed on: 8/1/2023

The movant was convicted by a jury and sentenced to a term of life imprisonment, which he now is serving. The conviction was affirmed on appeal and the Supreme Court denied *certiorari*. His post-conviction applications uniformly were unsuccessful. Application denied.

SO ORDERED.

/s/ Lewis A. Kaplan
Lewis A. Kaplan, U.S.D.J.

Dated: August 10, 2023

