Copy Mailed by First Class Mail
to Steven Martinez, Reg. # 45757-019
USP-McCreary, P.O. Box 3000
Pine Knot, Kentucky 42635

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States of America,

    v.

                          95-CR-284-03(LAK)

Steven Martinez (03),

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                              **ORDER**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _1/29/25_ |

LEWIS A. KAPLAN, *District Judge.*

       The Court has received and approved the defendant's financial affidavit.
Accordingly, today's CJA duty attorney, Mr. Anthony Cecutti, is appointed to represent the
defendant in the filing of a motion for compassionate release.

SO ORDERED.

Dated:        January 29, 2025

                                              Lewis A. Kaplan
                                  United States District Judge