UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

                        -against-

STEVEN MARTINEZ,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 4/29/2026 |

95-cr-0284-3 (LAK)

**SCHEDULING ORDER**

LEWIS A. KAPLAN, *District Judge*.

        Defendant having filed a motion for compassionate release or reduction of sentence (Dkt 267), the government is directed to respond no later than June 29, 2026.

        SO ORDERED.

Dated:       April 29, 2026

                                      Lewis A. Kaplan
                            United States District Judge