**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 7/7/2026

July 6, 2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Steven Martinez*, 95 Cr. 284 (LAK)**

Dear Judge Kaplan:

The Government respectfully submits this letter motion to ask that the Court extend, *nunc pro tunc*, its deadline to respond to the defendant's motion for compassionate release from June 29, 2026 to August 28, 2026. The Government apologizes for having missed the original deadline. When the Court issued its order on April 29, 2026 that directed a response in 60 days, there was no attorney from the Government assigned to address motions for defendant Steven Martinez, which we did not realize until being contacted by Chambers this morning. We are now assigning an attorney to handle motions from Mr. Martinez and expect that attorney will file a notice of appearance shortly.

Again, we apologize for nor recognizing the issue until today and ask that the Court permit us to respond on or before August 28, 2026.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/
Andrew Jones
Assistant United States Attorney
(212) 637-2249

**Granted.**

SO ORDERED

/s/ Lewis A. Kaplan
Lewis A. Kaplan, USDJ

DATED: July 7, 2026

cc: Anthony Cecutti, Esq.