Case 1:95-cr-00284-LAK Document 276 Filed 08/31/26 Page 1 of 1

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 9/1/2026

August 31, 2026

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Steven Martinez; 95-CR-284 (LAK)**

Dear Judge Kaplan:

I represent Steven Martinez in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

I am in receipt of the Government's opposition to Mr. Martinez's motion for compassionate release. I write to request permission to file a reply. I am scheduled to start a trial before the Honorable Nina R. Morrison in the matter of *United States v. Abu Chowdhury*, 23 Cr. 278 (NRM) on September 8, 2026. The trial is expected to last approximately three weeks. In light of this trial, I am requesting until October 14, 2026 to file a reply on behalf of Mr. Martinez and in further support of his motion for compassionate release.

**Granted.**

SO ORDERED

Lewis A. Kaplan, USDJ

Dated: August 31, 2026

Respectfully submitted,

Anthony Cecutti

Anthony Cecutti, Esq.